UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :     Chapter 13 |
| Antoinette Nicole Marshall | : |
| | :     Bankruptcy No. 18-15161AMC |
| Debtors. | : |

# O R D E R

**AND NOW**, this 18th day of December, 2018, the Debtor having filed the above bankruptcy case on August 4, 2018,

**AND**, the Debtor having filed four (4) prior bankruptcy cases before the present case:

Including case number 12-19268, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on September 28, 2012 and dismissed on September 2, 2014 for failure to make plan payments,

Including case number 14-20020, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on December 23, 2014 and dismissed on April 26, 2016 for failure to make plan payments,

Including case number 16-15173, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 21, 2016 and dismissed on March 28, 2017 for failure to make plan payments,

Including case number 17-17441, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on November 2, 2017 and dismissed on June 25, 2018 for failure to make plan payments,

**AND,** the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on January 15, 2019 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to make plan payments as requested by the Chapter 13 Trustee.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge