## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                        :

                                     :        Chapter 13

      Antoinette Nicole Marshall        :

                                       :       Bankruptcy No. 18-15161AMC

           Debtors.                 :

## O R D E R

**AND NOW**, this 15th day of January, 2019, the Debtor having filed the above bankruptcy case on August 4, 2018,

**AND**, the Debtor having filed four (4) prior bankruptcy cases before the present case:

Including case number 12-19268, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on September 28, 2012 and dismissed on September 2, 2014 for failure to make plan payments,

Including case number 14-20020, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on December 23, 2014 and dismissed on April 26, 2016 for failure to make plan payments,

Including case number 16-15173, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 21, 2016 and dismissed on March 28, 2017 for failure to make plan payments,

Including case number 17-17441, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on November 2, 2017 and dismissed on June 25, 2018 for failure to make plan payments,

**AND,** the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

The Court finds that the debtor has filed this case in bad faith.  The debtor's current bankruptcy case is hereby **DISMISSED**.  Accordingly it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval.  See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, she should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 18-15161, and shall serve such motion upon all of her creditors and the United States Trustee.

Upon consideration of the Application for Compensation, it is hereby **ORDERED** that the Application is **GRANTED**.  Debtor's counsel's fee of $2,000 is approved.  It is further **ORDERED** that the fee balance of $1,250 shall be disbursed on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

_____
Ashely M. Chan
United States Bankruptcy Judge